No. 132.  Spector Motor Service, Inc. v. McLaughlin, Tax Commissioner, O'Connor, Substituted Defendant.  This case is ordered restored to the docket for reargument.

No. 268.  Werner v. Southern California Associated Newspapers.  Appeal from the Supreme Court of California.  Dismissed on motion of counsel for the appellant.  *Morris Lavine* for appellant.

No. 275, Misc.  Musters v. Supreme Court of Indiana.  Marion County Criminal Court, Indianapolis, Indiana.  Certiorari denied.  The motion for leave to file petition for writ of mandamus is also denied.

No. 75, Misc.  McCann v. Kaufman, U. S. District Judge.  The motion for leave to file petition for writ of mandamus and/or certiorari is denied.

No. 77, Misc.  McCann v. Keech, U. S. District Judge.  The motion for leave to file petition for writ of mandamus is denied.

No. 269, Misc.  In re Lake.  The motion for leave to file petition for writ of habeas corpus is denied.

No. 270, Misc.  Smith v. Dowd, Warden.  The motion for leave to file petition for writ of certiorari is denied.

No. 280, Misc.  Williams v. Overholser.  The motion for leave to file petition for writ of habeas corpus is denied.

No. 301.  Moser v. United States.  C. A. 2d Cir. Certiorari granted.  *Jack Wasserman* for petitioner.  *So-*

*licitor General Perlman, Assistant Attorney General Mc-Inerney* and *Philip R. Monahan* for the United States.

No. 342. FIRST NATIONAL BANK OF MOBILE, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Geo. E. H. Goodner* and *Scott P. Crampton* for petitioner. *Solicitor General Perlman* for respondent.

No. 359. McHUGH ET AL. *v.* MASSACHUSETTS. Superior Court of Suffolk County, Massachusetts. Certiorari denied. *A. C. Webber* and *Henry Wise* for petitioners. *Francis E. Kelly,* Attorney General of Massachusetts, and *Timothy J. Murphy,* Assistant Attorney General, waived the right to file a brief for respondent.

No. 374. LARSEN, SPECIAL ADMINISTRATRIX, *v.* SWITZER, U. S. DISTRICT JUDGE. C. A. 8th Cir. Certiorari denied. *Irving H. Green* and *Chester D. Johnson* for petitioner. *Warren Newcome, Nye F. Morehouse* and *Lowell Hastings* for respondent.

No. 392. SCHNITZER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Solomon J. Bischoff* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, I. Henry Kutz* and *John R. Benney* for respondent.

No. 398. MURPHY ET AL., TRUSTEES, ET AL. *v.* SCHNEIDER. C. A. 5th Cir. Certiorari denied. *D. H. Culton*